IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00237-BNB

SYLVIA NONTOMBI MATSHOBA,

    Petitioner,

v.

JAMES AINSWORTH,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -2 2011

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 2, 2011, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-00237-BNB

Jonathan Booker
Attorney at Law
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 2, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk