IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00237-WYD-MEH

SYLVIA NONTOMBI MATSHOBA,

      Petitioner,

v.

JAMES AINSWORTH,

      Respondent.

---

**ORDER AND NOTICE OF PETITION UNDER HAGUE CONVENTION**
**(The Convention on the Civil Aspects of International**
**Child Abduction, done at the Hague on 25 Oct 1980, International**
**Child Abduction Remedies Act, 42 U.S.C. § 11601 et seq.)**

---

THIS MATTER is before the Court on the Expedited Petition for Immediate

Return of Minor Child to Petitioner and Petition for Immediate Issuance of Show Cause

Order to Respondents, filed January 28, 2011 [ECF No. 1].  This Notice of Petition and

Order addresses only the Petitioner's request for a hearing and makes no determination

as to the merits of the Petitioner's application. Upon consideration of the Petition for

Immediate Return of Minor Child to Petitioner, it is hereby

ORDERED that Notice is hereby given to Respondent James Ainsworth that a

Petition for Immediate Return of Minor Child to Petitioner Under the Hague Convention

on the Civil Aspects of International Child Abduction and the International Child

Abduction Remedies Act has been filed with the United States District Court for the

District of Colorado.  It is

FURTHER ORDERED that Respondent James Ainsworth shall appear before this Court on **Tuesday, March 1, 2011, at 9:00 a.m., in Courtroom A-1002 of the United States District Court for the District of Colorado, 901 19th Street, Tenth Floor, Denver, Colorado, 80294**, and shall appear at that time with the minor child T.M.N., and with any and all passports and travel documents for the minor child, for a hearing on the Petition for Immediate Return of Minor Child to Petitioner.  The Respondent may appear with or without counsel.  It is

FURTHER ORDERED that if the Respondent either fails to appear on **Tuesday, March 1, 2011, at 9:00 a.m.**, with the minor child or with the aforementioned passports and travel documents, or removes the minor child or causes the minor child to be removed from the jurisdiction of this Court, the Court may issue an adverse ruling against the Respondent as to the Petition for Immediate Return of Minor Child to Petitioner and may order Respondent to appear for a contempt hearing.  It is

FURTHER ORDERED that Respondent James Ainsworth shall be prohibited from removing the minor child, T.M.N., from the jurisdiction of this Court pending final disposition of the Petition for Immediate Return of Minor Child to Petitioner.  It is

FURTHER ORDERED that a copy of this Notice of Petition and Order to Show Cause, along with a copy of the Expedited Petition for Immediate Return of Minor Child to Petitioner and Petition for Immediate Issuance of Show Cause Order to Respondents, filed January 28, 2011 [ECF No. 1], shall be served by the United States Marshal pursuant to the Order Granting Service by United States Marshal, entered

contemporaneously herewith.  It is

FURTHER ORDERED that within seven (7) days of being served with a copy of

the Notice of Petition and Order to Show Cause, along with a copy of the Expedited

Petition for Immediate Return of Minor Child to Petitioner and Petition for Immediate

Issuance of Show Cause Order, Respondent shall file a written response to the

Petition.

Dated:  February 10, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge