IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-00237-WYD-MEH

SYLVIA NONTOMBI MATSHOBA,

    Petitioner,

v.

JAMES AINSWORTH,

    Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2011

GREGORY C. LANGHAM
              CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Petitioner leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the Respondent. If unable to do so, the United States Marshal shall serve a copy of the Expedited Petition for Immediate Return of Minor Child to Petitioner and Petition for Immediate Issuance of Show Cause Order to Respondents, filed January 28, 2011, the Notice of Petition Under Hague Convention and Order to Show cause, filed February 10, 2011, the order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Respondent. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: February 10, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00237-WYD-MEH

Jonathan Booker
Attorney at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: James Ainsworth

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on D. McQueen: PETITION FOR IMMEDIATE RETURN OF MINOR CHILD FILED 1/28/11, ORDER FILED 2/10/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/11/11.

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk