**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   March 1, 2011 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **11-cv-00237-WYD**          Counsel:

**SYLVIA NONTOMBI MATSHOBA**,              Jonathan R. Booker
                                            Caroline D. Langley
          Petitioner,

v.

**JAMES AINSWORTH**,                        Samuel J. Stoorman

          Respondent.

**COURTROOM MINUTES**

**2-DAY HEARING ON PETITION FOR IMMEDIATE RETURN OF MINOR CHILD (DAY 1)**

**9:21 a.m.**     Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Respondent's Motion to Dismiss Pursuant to 28 U.S.C. 1915 (doc. #19), filed
              February 23, 2011, is raised for argument.

9:23 a.m.     Argument by Respondent (Mr. Stoorman).

9:27 a.m.     Argument by Petitioner (Mr. Booker).

9:30 a.m.     Argument by Respondent (Mr. Stoorman).

9:36 a.m.     Argument by Petitioner (Ms. Langley).

| | |
|---|---|
| **ORDERED:** | Respondent's Motion to Dismiss Pursuant to 28 U.S.C. 1915 (doc. #19), filed February 23, 2011, is **DEFERRED.** |
| 9:44 a.m. | Discussion regarding schedule for witnesses. |
| 9:57 a.m. | Opening statement by Petitioner (Mr. Booker). |
| 10:06 a.m. | Opening statement by Respondent (Mr. Stoorman). |
| 10:25 a.m. | Petitioner's witness **William George Austin** sworn. |
| | Direct examination by Petitioner (Ms. Langley). |
| | *EX ID:*   *A43, A44* |

**Exhibit(s) A43, A44 RECEIVED.**

*Witness tendered and accepted as an expert.*

| | |
|---|---|
| 10:43 a.m. | Cross examination by Respondent (Mr. Stoorman). |
| 10:51 a.m. | Re-Direct examination by Petitioner (Ms. Langley). |
| 10:53 a.m. | Respondent's witness **John Louis Thompson** sworn. |
| | Direct examination by Respondent (Mr. Stoorman). |
| 11:00 a.m. | Cross examination by Petitioner (Mr. Booker). |
| 11:02 a.m. | Re-Direct examination by Respondent (Mr. Stoorman). |
| **11:03 a.m.** | Court in Recess |
| **11:24 a.m.** | Court in Session |
| **ORDERED:** | Petitioner's Motion to Appear by Telephone Pursuant to F.R.Civ.P. 43(a) (doc. #27), filed February 26, 2011, is **GRANTED.** |
| 11:26 a.m. | Petitioner's witness **Amanda Kim Catto** sworn. |
| | Direct examination by Petitioner (Mr. Booker). |

*Witness tendered and accepted as an expert.*

| | |
|---|---|
| 11:40 a.m. | Court's examination of witness. |

| | |
|---|---|
| 11:41 a.m. | Cross examination by Respondent (Mr. Stoorman).<br>*EX ID:       A17* |
| 11:50 a.m. | Re-Direct examination by Petitioner (Mr. Booker). |
| 11:57 a.m. | Court's examination of witness. |
| 12:06 p.m. | Petitioner's witness **Sylvia Nontombi Matshoba** sworn.<br><br>Direct examination by Petitioner (Mr. Booker).<br>*EX ID:       48, 12, 13, 34* |

**Exhibit(s) 48, 12, 13, 34 RECEIVED.**

| | |
|---|---|
| **12:38 p.m.** | Court in Recess |
| **1:56 p.m.** | Court in Session<br><br>Discussion regarding settlement discussions and continuing with evidence. |
| 1:57 p.m. | Petitioner's witness **Sylvia Nontombi Matshoba** resumes.<br><br>Direct examination by Petitioner continues (Mr. Booker).<br>*EX ID:       21, A-15, 40, 22, 23, 24, 27, 31, 27, 28, 30* |

**Exhibit(s) 21, 24, 31, 27, 28 RECEIVED.**

| | |
|---|---|
| 3:00 p.m. | Cross examination by Respondent (Mr. Stoorman).<br>*EX ID:       A27, A26, A1, A2, A3, A48, A4, A5, A6, A8, A7, A9, A10* |

**Exhibit(s) A27, A1, A2, A3, A6, A8, A7, A9, A10 RECEIVED.**

| | |
|---|---|
| **3:56 p.m.** | Court in Recess |
| **4:24 p.m.** | Court in Session<br><br>Discussion regarding housekeeping matters and the issue of surrendering the passports for the minor child. |
| **ORDERED:** | The passports for the minor child shall be surrendered to the Clerk of Court. |
| 4:31 p.m. | Petitioner's witness **Sylvia Nontombi Matshoba** resumes. |

    Cross examination by Respondent continues (Mr. Stoorman).
    ***EX ID:  A11, A16, A18, A24***

**Exhibit(s) A24 RECEIVED.**

5:05 p.m.  Re-Direct examination by Petitioner (Mr. Booker).

5:09 p.m.  Re-Cross examination by Respondent (Mr. Stoorman).

    Respondent's Motion to Dismiss Pursuant to 28 U.S.C. 1915 (doc. #19), filed February 23, 2011, is raised for further argument.

5:12 p.m.  Argument by Respondent (Mr. Stoorman).

5:20 p.m.  Argument by Petitioner (Mr. Booker).

**ORDERED:**  Respondent's Motion to Dismiss Pursuant to 28 U.S.C. 1915 (doc. #19), filed February 23, 2011, is **DENIED.**

**5:26 p.m.**  Court in Recess - HEARING CONTINUED

**TOTAL TIME: 5:58**