IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-00237-WYD-MEH

SYLVIA NONTOMBI MATSHOBA,

    Petitioner,

v.

JAMES AINSWORTH,

    Respondent.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on review of Respondent's Third Status Report, filed May 6, 2011 [ECF No. 55], Petitioner's Second Status Report, filed May 10, 2011 [ECF No. 56], Respondent's Response to Petitioner's Second Status Report, filed May 13, 2011 [ECF No. 58], and the parties' signed Stipulated Draft Memorandum of Understanding ("MOU"), filed March 7, 2011 [ECF No. 39].

I note that in the MOU filed in this Court the parties agreed to a temporary stay of these proceedings so that the parties could complete adjudication of their custody and divorce proceedings in Denver County District Court case no. 2009DR2653 (the "Denver divorce proceedings"). In the MOU, Petitioner agreed that when Permanent Orders were entered in the Denver divorce proceedings, she would then file a "mirror order" in the appropriate court in South Africa, provide proof of the same to Respondent, and request dismissal of this case. In his Third Status Report, Respondent stated that

the Denver County District Court would not proceed with entry of Permanent Orders in the parties' divorce proceedings unless the stay in this case was lifted, and that both the Denver divorce proceedings and this matter were at a stand-still.  I then ordered Petitioner to show cause in writing why the stay in this case should not be lifted and this matter dismissed so that the Denver divorce proceedings could be fully adjudicated.  In Petitioner's Second Status Report, she requests that this action be dismissed with prejudice so that Denver County District Court case no. 2009DR2653 can proceed to conclusion and Petitioner can fulfill her remaining obligations set forth in the parties' signed and stipulated MOU.  Respondent agrees that the stay in this case be lifted, but requests that I allow this case to remain open to allow him to enforce his rights under the Separation Agreement and Parenting Plan pending in the Denver divorce proceedings.  I cannot grant relief in the manner Respondent requests.  First, the parties' Separation Agreement and Parenting Plan were submitted in Denver County District Court, and cannot be enforced in these proceedings.  Second, if the stay in this case is lifted, but the case is not dismissed, I will need to proceed immediately with adjudication of the issues raised in Petitioner's Hague Petition, and the Denver divorce proceedings cannot move forward.  Petitioner has indicated that she wishes to dismiss this case with prejudice, and Petitioner may do so.

     Therefore, it is hereby

     ORDERED that the stay of this case is lifted and the matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees.  It is

     FURTHER ORDERED that Respondent's Emergency Motion to Dismiss Petition,

filed April 5, 2011 [ECF No. 42], is **DENIED AS MOOT**.

Dated: May 16, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge